IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:20-cr-237 (CMH) |
| | ) | |
| ONKUR LAL, | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT ORDER OF FORFEITURE

WHEREAS, on October 20, 2020, the defendant, Onkur Lal, waived indictment and pleaded guilty to a single-count criminal information charging the defendant with conspiracy to commit health care fraud, in violation of Title 18, United States Code, Section 371, and agreed to the entry of a forfeiture money judgment that is the subject of this order;

WHEREAS, the defendant obtained at least $31,469.03 U.S. during his participation in the conspiracy to commit health care fraud, an amount for which the defendant will be solely liable;

AND WHEREAS, the defendant agrees to waive the provisions of Federal Rules of Criminal Procedure 11(b)(1)(J), 32.2(a), 32.2 (b)(4) and 43(a) with respect to notice in the criminal information that the government will seek forfeiture as part of any sentence in this case, and that entry of this order shall be made a part of the sentence, in or out of the presence of the defendant, and included in the Judgment in this case without further order of the Court.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The United States of America shall have a forfeiture money judgment, pursuant to Fed. R. Crim. P. 32.2(b)(1) and 18 U.S.C. § 982(a)(7), against the defendant, Onkur Lal, for $31,469.03, an amount that constitutes or is derived from gross proceeds traceable to the illegal proceeds the defendant obtained from his participation in the conspiracy to commit health care fraud, in violation of 18 U.S.C. § 371 and 18 U.S.C. § 1347, and an amount for which the defendant shall be solely liable.

2. The United States of America may collect said judgment by all available means, including but not limited to the forfeiture of direct proceeds and substitute assets.

3. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States is authorized to conduct any appropriate discovery including depositions, interrogatories, requests for production of documents and for admissions, and pursuant to Fed. R. Civil P. 45, the issuance of subpoenas.

4. Pursuant to Fed. R. Crim. P. 32.2(b)(4), this order shall be included in the judgment in this case.

5. Because the forfeiture consists of a money judgment, no ancillary proceeding is necessary as directed by Fed. R. Crim. P. 32.2(c)(1).

October 22 2020
Alexandria

*Claude M. Hilton*
United States District Judge Claude M. Hilton

WE ASK FOR THIS:

G. Zachary Terwilliger
United States Attorney

By: *[signature]*
Carina A. Cuellar
Assistant United States Attorney

*[signature]*
Onkur Lal
Defendant

*[signature]*
David Benowitz, Esq.
Counsel for the Defendant