IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | No. 1:20-cr-237-CMH |
| **ONKUR LAL,** ) | |
| ) | |
| **Defendant.** ) | |

## DEFENDANT'S MOTION TO EXTEND REPORTING DEADLINE

Defendant Onkur Lal, by and through undersigned counsel, respectfully moves this Court to extend his reporting deadline to FPC Montgomery, currently set for April 14, 2021, to a date after Mr. Lal is able to obtain a vaccine to protect him from the COVID-19 virus.

On October 20, 2020, Mr. Lal appeared before this Court and entered a plea of guilty to one count of Conspiracy to Commit Health Care Fraud in violation of 18 U.S.C. § 371. On March 5, 2021, this Court sentenced Mr. Lal to serve thirty-six (36) months of incarceration with a three (3) year term of supervised release. Mr. Lal was allowed to self-report and ordered to surrender on April 14, 2021 at FPC Montgomery.

Mr. Lal wishes to obtain a vaccination prior to his self-surrender in order to protect himself from the COVID-19 virus, which is widespread in the federal prison system. As Mr. Lal does not have any qualifying medical conditions to allow him to obtain a vaccine in early group stages, he must wait until the vaccine is opened up to the members of the general public.

The government defers to the Court regarding Mr. Lal's request.

**WHEREFORE**, for the foregoing reasons, Mr. Lal respectfully requests that this Court grant his Motion to Extend the Reporting Deadline until a date after which Mr. Lal is able to receive a vaccine.

Respectfully submitted,

_____/s_____
David Benowitz
VSB # 91194
*Counsel for Onkur Lal*
Price Benowitz LLP
409 7th Street, NW
Suite 200
Washington, DC 20004
(202) 417-6000
david@pricebenowitz.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of April 2021, I caused a true and correct copy of the foregoing Motion to Extend Reporting Deadline to be delivered via this Court's electronic filing system to Assistant United States Attorney Monika L. Moore, United States Attorney's Office, 2100 Jamieson Avenue, Alexandria, Virginia 22314.

_____/s/_____
David Benowitz

2